**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 12-6987

MICHAEL ANTHONY JENKINS,

                    Petitioner - Appellant,

          v.

WARDEN RIVERA,

                    Respondent - Appellee.

Appeal from the United States District Court for the District of
South Carolina, at Florence.   Cameron McGowan Currie, District
Judge.   (4:12-cv-00938-CMC)

Submitted:  July 19, 2012              Decided:  July 26, 2012

Before DUNCAN, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Michael Anthony Jenkins, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Anthony Jenkins, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and dismissing without prejudice Jenkins' 28 U.S.C.A. § 2241 (West 2006 & Supp. 2012) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Jenkins v. Rivera, No. 4:12-cv-00938-CMC (D.S.C. May 16, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED